# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    ALICE MAE WEBB                              §
                                                      §    Case No.: 07-21726
                                                      §
                                                      §
                                                      §
                                                      §
         Debtor(s)                                    §
------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2007.

2) This case was confirmed on 02/04/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/02/2010.

6) Number of months from filing to the last payment: 33

7) Number of months case was pending: 38

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   19,250.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
Receipts:
        Total paid by or on behalf of the debtor        $    28,593.74
        Less amount refunded to debtor                  $       321.43
 NET RECEIPTS                                           $    28,272.31
===============================================================================

===============================================================================
Expenses of Administration:

        Attorney's Fees Paid through the Plan           $     3,000.00
        Court Costs                                     $          .00
        Trustee  Expenses and Compensation              $     1,848.11
        Other                                           $          .00

 TOTAL EXPENSES OF ADMINISTRATION                       $     4,848.11

 Attorney fees paid and disclosed by debtor             $       500.00
===============================================================================

===============================================================================
Scheduled Creditors:

Creditor                     Claim         Claim         Claim       Principal      Int.
  Name          Class      Scheduled      Asserted      Allowed        Paid        Paid

AMERICASH LOANS LLC  UNSECURED   1,170.59       476.09       476.09       476.09       78.75
CAPITAL ONE AUTO FIN SECURED     4,000.00     7,015.79     7,015.79     7,015.79    1,128.30
MIDLAND CREDIT MANAG SECURED    85,755.00    78,902.12          .00          .00          .00
ILLINOIS DEPT OF REV PRIORITY      550.00       531.66       531.66       531.66       60.71
INTERNAL REVENUE SER PRIORITY    1,300.00     1,319.41     1,319.41     1,319.41      152.48
AMER GEN FIN         UNSECURED         NA           NA           NA          .00          .00
AMER GEN FIN         UNSECURED         NA           NA           NA          .00          .00
AMERICASH LOANS      UNSECURED   1,170.59           NA           NA          .00          .00
ARIZONA MAIL ORDER   UNSECURED     135.95       148.00       148.00       148.00       24.95
ARIZONA MAIL ORDER   UNSECURED     140.00           NA           NA          .00          .00
WORLD FINANCIAL NETW UNSECURED         NA        21.44        21.44        21.44        3.89
PRA RECEIVABLES MANA UNSECURED     658.00       732.68       732.68       732.68      121.33
CASHCALL INC         UNSECURED   8,000.00           NA           NA          .00          .00
CASHCALL INC         UNSECURED   5,050.00           NA           NA          .00          .00
CROSSING POINTE      UNSECURED         NA           NA           NA          .00          .00
CHECK N GO           UNSECURED   1,665.72           NA           NA          .00          .00
JEFFERSON CAPITAL SY UNSECURED     593.00       635.87       635.87       635.87      105.22
CRESCENT BANK & TRUS SECURED     6,339.00          .00     6,339.00     6,339.00          .00
FIRST PREIMER BANK   UNSECURED     523.00           NA           NA          .00          .00
FIRST NATIONWIDE MOR UNSECURED         NA           NA           NA          .00          .00
GINNYS               UNSECURED         NA       245.45       245.45       245.45       40.67
HSBC NV              UNSECURED         NA           NA           NA          .00          .00
HSBC NV              UNSECURED         NA           NA           NA          .00          .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MASON DIRECT | UNSECURED | 200.59 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NA | 396.09 | 396.09 | 396.09 | 65.51 |
| MONROE & MAIN | UNSECURED | 134.00 | 134.64 | 134.64 | 134.64 | 22.64 |
| NATIONAL QUICK CASH | UNSECURED | 2,270.39 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 748.58 | NA | NA | .00 | .00 |
| PAYDAY LOAN OF IL | UNSECURED | 742.26 | NA | NA | .00 | .00 |
| PAY DAY LOANS | UNSECURED | 600.00 | 415.37 | 204.25 | 204.25 | 65.60 |
| PROVIDIAN | UNSECURED | NA | NA | NA | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 523.00 | 523.93 | 523.93 | 523.93 | 86.70 |
| THE SWISS COLONY | UNSECURED | NA | 324.99 | 324.99 | 324.99 | 53.73 |
| TELECHECK | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NA | NA | NA | .00 | .00 |
| BLAIR | UNSECURED | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 22.41 | 22.41 | 22.41 | 3.91 |
| MIDLAND CREDIT MANAG | SECURED | NA | 2,242.52 | 2,242.52 | 2,242.52 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVE | PRIORITY | 588.02 | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVE | UNSECURED | 588.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 499.93 | NA | NA | .00 | .00 |
| QUICK CASH | UNSECURED | 971.61 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 81.90 | 81.90 | 81.90 | 13.69 |
| MIDFIRST BANK | OTHER | NA | NA | NA | .00 | .00 |
| GWENDOLYN ROBINSON | OTHER | .00 | NA | NA | .00 | .00 |
| ROSA LEE PHIPPS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,242.52 | 2,242.52 | .00 |
| Debt Secured by Vehicle | 7,015.79 | 7,015.79 | 1,128.30 |
| All Other Secured | 6,339.00 | 6,339.00 | .00 |
| **TOTAL SECURED:** | 15,597.31 | 15,597.31 | 1,128.30 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,851.07 | 1,851.07 | 213.19 |
| **TOTAL PRIORITY:** | 1,851.07 | 1,851.07 | 213.19 |
| **GENERAL UNSECURED PAYMENTS:** | 3,947.74 | 3,947.74 | 686.59 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,848.11 |
| Disbursements to Creditors | $ | 23,424.20 |
| **TOTAL DISBURSEMENTS:** | $ | 28,272.31 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    01/27/2011                                  /s/ Tom Vaughn
                                                                    Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**